LOUIS PINKARD V. THE STATE.

No. 9075.    Delivered December 20, 1924.

No motion for rehearing filed.

**1.—Manslaught—No Record.**

1. No statement of facts nor bills of exception appearing in the record, cause is affirmed.

Appeal from the Criminal District Court of Dallas County. Tried below before the Hon. Grover C. Adams, Special Judge.

Appeal from a conviction of manslaughter; penalty two years in the penitentiary.

No brief filed for appellant.

*Tom Garrard,* State's Attorney, and *Grover C. Morris,* Assistant State's Attorney, for the State.

LATTIMORE, JUDGE.—Appellant was convicted in the Criminal District Count of Dallas county of manslaughter, and his punishment fixed at two years in the penitentiary.

Appellant was indicted for murder and upon his trial was convicted of manslaughter. The record is before us without any bills of exception or statement of facts, and the indictment being in conformity with law as is also the charge of the court, no error appears, and the judgment will be affirmed.

*Affirmed.*